NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

YORDAN E. AVALOS SOBRINO and
YELINA RODRIGUEZ GOMEZ,

       Petitioners,

v.

RAPID TRUCKING, LLC; STEWART
MATERIALS, INC.; MJS GOLF
SERVICES, LLC; and FLEET PARTS
AND SERVICES, LLC,

       Respondents.

Case No. 2D18-4066

Opinion filed July 3, 2019.

Petition for Writ of Certiorari to the Circuit
Court for Collier County; Frederick R. Hardt,
Judge.

Jordan M. Kirby of Rubenstein Law, P.A.,
Plantation, for Petitioners.

Russell R. Thomson, Brooke E. Beebe,
Michael A. Rosenberg, and Thomas L.
Hunker of Cole, Scott & Kissane, P.A.,
Bonita Springs, for Respondent MJS Golf
Services, LLC.

William O. Kratochvil of Vernis & Bowling of
SWFL, Fort Myers, for Respondent Rapid
Trucking, LLC.

No appearance for remaining
Respondents.

PER CURIAM.

Dismissed.

LaROSE, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.